# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MARK A. JUMP,
    Plaintiff

vs

U.S. POSTAL SERVICE,
    Defendant.

Civil Action No. 1:12-cv-718
Dlott, J.
Litkovitz, M.J.

**ORDER DENYING PLAINTIFF'S MOTION FOR ASSISTANCE IN OBTAINING COUNSEL**

    This matter is before the Court on Plaintiff's Motion for the Court's Assistance in Obtaining Counsel in this employment discrimination action. (Doc. 4). The Court previously granted this motion on condition that Volunteer Lawyers for the Poor (VLP) was successful in obtaining counsel willing to accept the case and represent plaintiff in this action. VLP advised the Court that plaintiff is over income for assistance through their office. (Doc. 8).

    Therefore, the Court's previous ruling (Doc. 5) is **RESCINDED** and Plaintiff's Motion for Assistance in Obtaining Counsel is **DENIED**. Plaintiff must proceed *pro se* in this matter.

    **IT IS SO ORDERED.**

Date: 10/15/12

Karen L. Litkovitz
United States Magistrate Judge